■ The People of the State of New York, Respondent, v William Bauer, Appellant.—Amended judgment of the Supreme Court, Kings County, rendered December 19, 1977, affirmed. No opinion. This case is

remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, J. P., Suozzi, Margett and Hawkins, JJ., concur.